1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   A.I.L
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
9

10

11  A.I.L,                           ) Case No.: CV 12-3241 CW
                                     )
12                                   ) /PROPOSED/ ORDER OF
            Plaintiff,               ) DISMISSAL
13                                   )
        vs.                          )
14  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
15                                   )
                                     )
16          Defendant.               )
                                     )
17  _____)

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
    its own fees, costs, and expenses.
20
    IT IS SO ORDERED.
21

22  DATE:    November 28, 2012        *Carla M. Woehrle*
                                      _____
23                                    THE HONORABLE CARLA WOEHRLE
                                      UNITED STATES MAGISTRATE JUDGE
24

25
    _____
26

-1-