1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| A.I.L, | ) Case No.: CV 12-3241 CW |
|  | ) |
|  | ) JUDGMENT |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

The above captioned matter is DISMISSED.

DATE:   November 28, 2012         *Carla M. Woehrle*
                                  _____
                                  THE HONORABLE CARLA WOEHRLE
                                  UNITED STATES MAGISTRATE JUDGE

-1-