**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| A.I.L, <br><br> Plaintiff, <br><br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: CV 12-3241 CW <br><br> JUDGMENT |

The above captioned matter is DISMISSED.

DATE:    November 28, 2012

*Carla M. Woehrle*

THE HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-